**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> vs. <br><br> **ALICE HEAVY RUNNER,** <br><br> Defendant. | **CR 01-50-GF-SEH** <br><br> **ORDER GRANTING MOTION TO COMPEL ANSWERS TO INDIVIDUAL COMBINED INTERROGATORIES AND REQUEST FOR PRODUCTION** |

The United States moves the Court to compel answers to its Individual Combined Interrogatories and Request for Production pursuant to Rule 37(a) of the Federal Rules of Civil Procedure. Defendant has not responded to the motion.

IT IS ORDERED that the U.S. Marshal's Service shall personally serve Defendant, Alice Heavy Runner, with this order and a copy of Plaintiff's Individual Combined Interrogatories and Request for Production.

IT IS FURTHER ORDERED that defendant serve on Plaintiff answers to Plaintiff's written Individual Combined Interrogatories and Request for Production within 30 days of the date she is served by the U.S. Marshal's Service.

DATED this 15th day of August, 2018.

_____
Brian Morris
United States District Court Judge